JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC CABRERA, an individual,<br><br>      Plaintiffs,<br>v.<br><br>HARRINGTON HOISTS, INC., a corporate entity unknown; and DOES 1 through 20, inclusive,<br><br>      Defendants. | **Case No.: 5:20-cv-00349-FMO-KK**<br>Assigned for all purposes to the Hon. Fernando M. Olguin<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION [16] TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41** |

---

**[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**

1

1  Based on stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Isaac
2  Cabrera's entire action as against all parties is hereby dismissed with prejudice,
3  pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule
4  41(a)(1)(B) and that each party shall bear its own costs and fees.

      IT IS SO ORDERED.

Dated: November 10, 2020

          _____/s/_____
          Honorable Fernando M. Olguin
          United States District Judge

[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41

2